Filed 1/21/16  P. v. Brown CA2/1

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION ONE

| | |
|---|---|
| THE PEOPLE, | B262910 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. Nos. MA065145, MA065172) |
| v. | |
| ORION DILLON BROWN, | |
| Defendant and Appellant. | |

APPEAL from judgments of the Superior Court of Los Angeles County, Charles A. Chung, Judge.  Affirmed.

Thomas K. Macomber, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

This case comes to us pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*). Having reviewed the record, we affirm the judgments. We provide the following brief summation of the factual and procedural history of the case. (*People v. Kelly* (2006) 40 Cal.4th 106, 110, 124 (*Kelly*).)

In case No. MA065145, a 15-count complaint charged Orion Dillon Brown (Brown) with various drug and firearm offenses that occurred on December 11, 2014, and January 8, 2015. For the latter date, it was alleged the crimes occurred while Brown was released from custody on bail or own recognizance. For December 11, 2014, Brown was charged with possession of heroin and methamphetamine for purposes of sale (counts 1 and 2, respectively). He was also charged with possession of ammunition (count 7), possession of heroin with a firearm (count 8), and as a felon in possession of a firearm (counts 3-6). For January 8, 2015, Brown was again charged with the same: possession of heroin and methamphetamine for purposes of sale (counts 13 and 12, respectively), possession of ammunition (count 15), possession of heroin with a firearm (count 9), and as a felon in possession of a firearm (count 14). He was further charged with selling, transporting, and offering to sell heroin and methamphetamine (counts 10 and 11, respectively). For both dates, it was further alleged that Brown was personally armed with a firearm for counts 1, 2, 10, and 11, and that Brown suffered a prior offense within the meaning of Health and Safety Code section 11370.2, subdivision (a), for counts 1, 2, 10-13.

In case No. MA065172, a two-count complaint charged Brown with residential burglary and drug possession that occurred on two separate dates: Specifically, around January 14-16, 2015, Brown committed residential burglary (count 1) and while Brown was out on bail or own recognizance. On January 20, 2015, Brown possessed cocaine for purposes of sale (count 2) and suffered a prior offense within the meaning of Health and Safety Code section 11370.2, subdivision (a).

Brown pleaded no contest as to various counts in both cases and admitted various allegations. The trial court sentenced Brown to 20 years in state prison.

After review of the record, Brown's court-appointed counsel filed an opening brief requesting that this court independently review the record to determine whether there are any arguable issues on appeal. (*Wende*, *supra*, 25 Cal.3d at pp. 441–442.) On November 18, 2015, we directed appointed counsel to immediately send the record on appeal and a copy of the opening brief to Brown and notified Brown that within 30 days from the date of the notice he could submit by letter or brief any ground of appeal, contention or argument he wishes us to consider. To date, we have received no response.

We have examined the record in accordance with our obligations under *Wende*, *supra*, 25 Cal.3d at pages 436, 441. We are satisfied that Brown received adequate and effective appellate review of the judgment in this action, that his counsel fully complied with his responsibilities, and that no arguable issues exist. (*Kelly*, *supra*, 40 Cal.4th at pp. 109–110; *Wende*, at p. 443.)

## DISPOSITION

The judgments are affirmed.

NOT TO BE PUBLISHED.


JOHNSON, J.


We concur:


CHANEY, Acting P. J.


LUI, J.